NAGEL, APPELLEE, *v.* HUNTINGTON NATIONAL BANK, APPELLANT.

[Cite as *Nagel v. Huntington Natl. Bank,*

122 Ohio St.3d 1227, 2009-Ohio-3451.]

*Appeal dismissed as improvidently accepted.*

(No. 2008-2501 — Submitted July 14, 2009 — Decided July 21, 2009.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 90662,

179 Ohio App.3d 126, 2008-Ohio-5741.

_____

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Dworken & Bernstein Co., L.P.A., and Patrick J. Perotti; and Brian G. Ruschel, for appellee.

Porter, Wright, Morris & Arthur, L.L.P., Jennifer T. Mills, and L. Bradfield Hughes, for appellant.

_____